UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KEVIN LEE HUGHBANKS, | ) | 4:21-CV-04167-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MEMORANDUM IN SUPPORT OF |
| | ) | MOTION TO STAY DISCOVERY |
| BRENT FLUKE, in his individual | ) | |
| and official capacity; REBECCA | ) | |
| SCHIEFFER, in her individual | ) | |
| and official capacity; | ) | |
| ALEJANDRO REYES, in his | ) | |
| individual and official capacity; | ) | |
| LAINE SCHRYVERS, in his | ) | |
| individual and official capacity; | ) | |
| TAMMY DOYLE, in her individual | ) | |
| and official capacity; SOUTH | ) | |
| DAKOTA DEPARTMENT OF | ) | |
| HEALTH, in its individual and | ) | |
| official capacity; CORRECTIONAL | ) | |
| HEALTH SERVICES, in its | ) | |
| individual and official capacity; | ) | |
| CHS JANE DOES 1-2, in their | ) | |
| individual and official capacities; | ) | |
| DR. MARY CARPENTER, in her | ) | |
| individual and official capacity; | ) | |
| STEPHANIE HAMILTON, in her | ) | |
| individual and official capacity; | ) | |
| SOUTH DAKOTA DEPARTMENT | ) | |
| OF CORRECTIONS, in its | ) | |
| individual and official capacity; | ) | |
| MIKE LEIDHOLT, in his | ) | |
| individual and official capacity; | ) | |
| TIM REISCH, in his individual | ) | |
| and official capacity; SAM | ) | |
| BADURE, in his individual and | ) | |
| official capacity; CODY HANSON, | ) | |
| in his individual and official | ) | |
| capacity; MELISSA MATURAN, in | ) | |
| her individual and official | ) | |
| capacity; TAMMY TOP, in   her | ) | |
| individual and official capacity; | ) | |
| JESSICA SCHREURS, in her | ) | |

individual and official capacity;
"X" SALOUM, in his or her
individual and official capacity;
DARIN YOUNG, in his individual
and JENNIFER DREISKE, in her
individual and official capacity;
SOUTH DAKOTA BOARD OF
PARDONS AND PAROLES, in its
individual and official capacity;
CHARISSA WAREMBOURG, in
her individual and official
capacity; CHUCK GILCHRIST
a/k/a Charles Gilchrist, in his
individual and official capacity;
BRENNA CARLSON, in her
individual and official capacity;
MARK STOEBNER, in his
individual and official capacity;
JAMES HENRY, in his individual
and official capacity; GLOBAL
TEL LINK CORPORATION, in its
individual and official capacity;
SUMIT FOOD SERVICE, in its
individual and official capacity;
UNKNOWN CORRECTIONAL
HEALTH SERVICES
EMPLOYEES, in their individual
and official capacities; JOHN
DOE, in his individual and
official capacity; VOIGT, in her
official capacity; DOUG CLARK,
in his official capacity; DAN
SULLIVAN, in his official
capacity,

        Defendants.

On April 19, 2022, and May 9, 2022, discovery requests were received at

counsel's office. Hughbanks is seeking interrogatories from Defendants Brenna

Carlson, Secretary Wasko, Tiffany Voigt, Director of South Dakota Correctional

Health Services, and Kim Halverson in this case. Hughbanks requested

production of documents from Secretary Adam, Secretary Wasko, and the Director of Correctional Health Services.

In its Answer, Defendants allege they are protected by the doctrine of qualified immunity.  Doc. 50, p. 11.  Therefore, Defendants seek and order from the Court staying discovery until the issue of qualified immunity is resolved, as will be argued in Defendant's Motion for Summary Judgment. Defendants also submit that discovery requests are burdensome and oppressive.  Defendants further assert that discovery requests are premature at this time because there are several Defendants that have not been served.

The United States Supreme Court has held that "qualified immunity is 'an immunity from suit rather than a mere defense to liability . . . [and] it is effective lost if a case is erroneously permitted to go to trial.'" *Pearson v. Callahan*, 555 U.S. 223, 231, 129 S.Ct. 808, 815, 172 L.Ed.2d 565 (2009) (quoting *Mitchell v. Forsyth*, 472 U.S. 511, 526, 105 S.Ct. 2806, 86 L.Ed.2d 411 (1985)).  The Supreme Court went on the state "[i]ndeed, we have made clear that the 'driving force' behind creation of the qualified immunity doctrine was a desire to ensure that "insubstantial claims" against government officials [will] be resolved prior to discovery.'" *Pearson*, 555 U.S. at 231, 129 S.Ct. at 815 (quoting *Anderson v. Creighton*, 483 U.S. 635, 640, n. 2, 107 S.Ct. 3034, 97 L.Ed.wd 523 (1987)).  "[T]he Supreme Court and the Eighth Circuit have 'repeatedly . . . stressed the importance of resolving immunity questions at the earliest possible stage in litigation.'" *Gard v. Kaemingk*, 2014 WL 4092776, at 4, (D.S.D. Aug. 18, 2014)(quoting *O'Neil v. City of Iowa City*, 496 F.3d 915, 917

(8th Cir. 2007)). "[T]he district court ha[s] the inherent power to grant [a] stay in order to control its docket, conserve judicial resources, and provide for a just determination of the cases pending before it." *Id.* (quoting *Contracting Nw., Inc. v. City of Fredericksburg, Iowa,* 713 F.2d 382, 387 (8th Cir. 1983)).

Thus, until the question of the applicability of the doctrine of qualified immunity is resolved and all Defendants have been served, Defendants oppose Plaintiff's Request for Discovery, and request that discovery be stayed.

Dated this 17th day of August, 2022.

Respectfully submitted,

*/s/ Caroline A. Srstka*
Caroline A. Srstka
Assistant Attorney General
2000 E. 52nd Street, North
Sioux Falls, South Dakota 57104
Telephone: (605) 367-5880
Caroline.Srstka@state.sd.us

CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern Division by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing documents by First-Class mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

Kevin Lee Hughbanks, 22448
Mike Durfee State Prison
1412 Wood Street
Springfield, SD 57062

/s/ Caroline A. Srstka
Caroline A. Srstka
Assistant Attorney General

pld_Hughbanks_Memorandum in Support of Motion to Stay Discovery (jm)